1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY R. TURNER,                         No.  2:20-cv-1036-EFB P

12                    Petitioner,

13           v.                                   ORDER

14    YOLO COUNTY COURT
      COMMISSIONER,

15
                    Respondent.
16

17

18           Petitioner, a state prisoner proceeding without counsel, has filed a "notice of appeal,"

19    which the court construes as a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, he

20    has neither filed an application for leave to proceed in forma pauperis nor paid the required filing

21    fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to

22    either submit a request to proceed in forma pauperis or submit the appropriate filing fee.

23           In accordance with the above, IT IS HEREBY ORDERED that:

24           1.  Petitioner shall submit, within thirty days from the date of this order, a request to

25               proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply

26               with this order may result in this action being dismissed; and

27    /////

28    /////

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated:  May 26, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2