1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY R. TURNER,                    No.  2:20-cv-1036-KJM-EFB P

12                Petitioner,

13        v.                               ORDER

14   YOLO COUNTY COURT
     COMMISSIONER,
15
                  Respondent.
16

17

18        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

19   corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

20   provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On July 6, 2020, the magistrate judge filed findings and recommendations, which were

22   served on petitioner and which contained notice to petitioner that any objections to the findings

23   and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to

24   the findings and recommendations.

25        Although it appears from the file that plaintiff's copy of the findings and

26   recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to

27   keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service

28   of documents at the record address of the party is fully effective.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed July 6, 2020, are adopted in full;

2.  This action is dismissed;

3.  The Clerk is directed to close the case; and

4.  The court declines to issue a certificate of appealability.

DATED:  August 17, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2